**GOLD, SILVER & TUNGSTEN, Inc., a Corporation, et al., Appellants, v. WASHOE COUNTY TITLE GUARANTY COMPANY, a Corporation, et al., Appellees.**

No. 10577.

Circuit Court of Appeals, Ninth Circuit.

Sept. 25, 1944.

John Schaefer, of Beverly Hills, Cal., for appellant.

Schultheis & Laybourne and Alfred C. Ackerson, all of Los Angeles, Cal., and William M. Kearney and Emerson J. Wilson, both of Reno, Nev., for appellees.

Before GARRECHT and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.